IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GARY BROWN, JR., :

    Plaintiff, :    Case No. 3:14cv00135

vs. :    District Judge Walter Herbert Rice
                                                      Chief Magistrate Judge Sharon L. Ovington
CAROLYN W. COLVIN, :
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

    This case is before the Court upon the parties' Joint Stipulation For An Award Of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. (Doc. #15). The parties agree that Plaintiff is entitled to an EAJA award of attorney fees, costs, and expenses in the total amount of $3,250.00. The parties have further agreed that the EAJA award in the agreed amount will settle all of Plaintiff's EAJA claims in this case.

    Under the parties' agreement, any EAJA fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

    Accordingly, the Court hereby **ORDERS** that:

1

1. The Parties' Joint Stipulation For An Of Attorney Fees Award Under EAJA (Doc. #15) is accepted and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $3,250.00;

2. Defendant shall verify, **within thirty days of this Decision and Order,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel; and

3. The case remains terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge